UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION                                                                                MDL No. 2441

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 26, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___4___ sheet(s) of the record in my custody,
CERTIFIED, June 26, 2013.
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION                                                                MDL No. 2441

SCHEDULE CTO-1 — TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 13-00730 | Davis v. Howmedica Osteonics Corporation 13cv1577 |
| ARIZONA | | | |
| AZ | 2 | 13-00783 | Rodriguez et al v. Howmedica Osteonics Corporation 13cv1578 |
| AZ | 2 | 13-00909 | Perala et al v. Stryker Corporation et al 13cv1579 |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 13-00112 | Davis et al v. Howmedica Osteonics Corporation 13cv1580 |
| ARE | 4 | 13-00113 | Hogan et al v. Howmedica Osteonics Corporation 13cv1581 |
| ARE | 4 | 13-00114 | Saunders et al v. Howmedica Osteonics Corporation 13cv1582 |
| ARE | 4 | 13-00115 | Qualls et al v. Howmedica Osteonics Corporation 13cv1583 |
| ARE | 4 | 13-00127 | Torbett et al v. Howmedica Osteonics Corporation 13cv1584 |
| ARE | 4 | 13-00128 | Reaves et al v. Howmedica Osteonics Corporation 13cv1585 |
| ARE | 4 | 13-00129 | Tobias v. Howmedica Osteonics Corporation 13cv1586 |
| ARE | 4 | 13-00188 | Keisler v. Howmedica Osteonics Corporation 13cv1587 |
| ARE | 4 | 13-00189 | Bausom et al v. Howmedica Osteonics Corporation 13cv1588 |
| ARE | 4 | 13-00190 | Clemons et al v. Howmedica Osteonics Corporation 13cv1589 |
| ARE | 4 | 13-00191 | Miller et al v. Howmedica Osteonics Corporation 13cv1590 |
| ~~ARE~~ | ~~4~~ | ~~13-00198~~ | ~~Williams v. Howmedica Osteonics Corporation~~   Vacated 06/19/13 |
| ARE | 4 | 13-00200 | Lybrand v. Howmedica Osteonics Corporation et al 13cv1591 |
| ARE | 4 | 13-00222 | King et al v. Howmedica Osteonics Corporation 13cv1592 |
| ARE | 4 | 13-00223 | Wilson et al v. Howmedica Osteonics Corporation 13cv1593 |
| ARE | 4 | 13-00226 | Gaines et al v. Howmedica Osteonics Corporation 13cv1594 |
| ARE | 4 | 13-00227 | Langston et al v. Howmedica Osteonics Corporation 13cv1595 |
| ARE | 4 | 13-00239 | McClendon et al v. Howmedica Osteonics Corporation 13cv1596 |
| ARE | 4 | 13-00240 | Dressler et al v. Howmedica Osteonics Corporation 13cv1597 |
| ARE | 4 | 13-00241 | Pruett et al v. Howmedica Osteonics Corporation 13cv1598 |
| ARE | 4 | 13-00242 | Frederick et al v. Howmedica Osteonics Corporation 13cv1599 |
| ARE | 4 | 13-00255 | Ball v. Howmedica Osteonics Corporation et al 13cv1600 |
| ARE | 4 | 13-00308 | Lemmonds v. Howmedica Osteonics Corporation 13cv1601 |

| | | | |
|---|---|---|---|
| ARE | 5 | 13-00116 | Gladden v. Howmedica Osteonics Corporation 13cv1602 |

**ARKANSAS WESTERN**

| | | | |
|---|---|---|---|
| ARW | 4 | 13-04039 | Bounds et al v. Howmedica Osteonics Corporation 13cv1603 |
| ARW | 6 | 13-06040 | Hawley v. Howmedica Osteonics Corporation 13cv1605 |

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 8 | 13-00724 | Maureen Redfield v. Howmedica Osteonics Corporation et al 13cv1607 |

**CALIFORNIA EASTERN**

| | | | |
|---|---|---|---|
| CAE | 2 | 13-00690 | Petersen et al v. Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics 13cv1609 |

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 13-01545 | Berg et al v. Howmedica Osteonics Corporation 13cv1611 |
| CAN | 3 | 13-01547 | Anders et al v. HowMedica Osteonics Corp. 13cv1613 |
| CAN | 3 | 13-01548 | Schulz v. HowMedica Osteonics Corp. 13cv1615 |
| CAN | 3 | 13-01549 | Sadowski v. HowMedica Osteonics Corp. 13cv1617 |
| CAN | 3 | 13-01550 | Brown et al v. HowMedica Osteonics Corp. 13cv1619 |
| CAN | 3 | 13-01551 | Chaney et al v. HowMedica Osteonics Corp. 13cv1621 |
| CAN | 3 | 13-01552 | Dahlgren et al v. HowMedica Osteonics Corp. 13cv1622 |
| CAN | 3 | 13-01556 | Davis v. HowMedica Osteonics Corp. 13cv1624 |
| CAN | 3 | 13-01557 | Dreyfus et al v. HowMedica Osteonics Corp. 13cv1626 |
| CAN | 3 | 13-01558 | Martin v. HowMedica Osteonics Corp. 13cv1628 |
| CAN | 3 | 13-01559 | Rucker v. HowMedica Osteonics Corp. 13cv1631 |

**GEORGIA MIDDLE**

| | | | |
|---|---|---|---|
| GAM | 5 | 13-00088 | WILKERSON v. STRYKER CORPORATION et al 13cv1632 |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 13-02899 | Berg v. Howmedica Osteonics Corporation 13cv1634 |
| ILN | 1 | 13-03396 | Turpin v. Howmedica Osteonics Corporation 13cv1636 |
| ILN | 1 | 13-03397 | Schuetz v. Howmedica Osteonics Corporation, d/b/a Stryker Orthopaedics 13cv1638 |
| ILN | 1 | 13-03398 | Bezely v. Howmedica Osteonics Corporation 13cv1639 |
| ILN | 1 | 13-03539 | Wolford v. Howmedica Osteonics Corporation 13cv1640 |
| ILN | 1 | 13-03757 | Staggs v. Howmedica Osteonics Corporation 13cv1641 |
| ILN | 1 | 13-03934 | Chivari v. Howmedica Osteonics Corporation 13cv1642 |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 13-00523 | Castay v. Stryker Corporation et al 13cv1643 |
| LAE | 2 | 13-04751 | Washington v. Stryker Corporation et al 13cv1644 |

**MISSISSIPPI SOUTHERN**

| | | | | |
|---|---|---|---|---|
| MSS | 2 | 13-00007 | Harden v. Howmedica Osteonics Corp. | 13cv1604 |

**NEW JERSEY**

| | | | | |
|---|---|---|---|---|
| ~~NJ~~ | ~~2~~ | ~~13-02030~~ | ~~TEOLI v. HOWMEDICA OSTEONICS CORPORATION~~ | Vacated 06/26/13 |
| NJ | 2 | 13-02476 | WEISBERG et al v. HOWMEDICA OSTEONICS CORPORATION | 13cv1606 |
| NJ | 2 | 13-02477 | MARINELLO et al v. HOWMEDICA OSTEONICS CORPORATION | 13cv1608 |
| NJ | 2 | 13-02480 | NICOLETTI et al v. HOWMEDICA OSTEONICS CORPORATION | 13cv1610 |
| NJ | 2 | 13-02481 | RANZENHOFER v. HOWMEDICA OSTEONICS CORPORATION | 13cv1612 |
| NJ | 2 | 13-02482 | WOODHULL v. HOWMEDICA OSTEONICS CORPORATION | 13cv1614 |
| NJ | 2 | 13-02599 | HUXHOLD et al v. HOWMEDICA OSTEONICS CORPORATION | 13cv1616 |
| NJ | 2 | 13-03168 | LITTLE et al v. HOWMEDICA OSTEONICS CORPORATION | 13cv1618 |
| NJ | 2 | 13-03169 | BEANBLOSSOM v. HOWMEDICA OSTEONICS CORPORATION | 13cv1620 |
| NJ | 2 | 13-03223 | HILLARD v. HOWMEDICA OSTEONICS CORPORATION | 13cv1625 |
| NJ | 2 | 13-03224 | TORRES v. HOWMEDICA OSTEONICS CORPORATION | 13cv1627 |
| NJ | 2 | 13-03225 | DUROCHER v. HOWMEDICA OSTEONICS CORPORATION | 13cv1629 |

**NEW YORK EASTERN**

| | | | | |
|---|---|---|---|---|
| NYE | 1 | 13-02255 | Barcliff v. Howmedica Osteonics Corporation | 13cv1630 |

**NEW YORK SOUTHERN**

| | | | | |
|---|---|---|---|---|
| NYS | 7 | 13-03001 | Brown et al v. Stryker Corporation et al | 13cv1633 |

**OHIO NORTHERN**

| | | | | |
|---|---|---|---|---|
| OHN | 3 | 13-01068 | Cramer v. Stryker Corporation et al | 13cv1635 |

**WEST VIRGINIA SOUTHERN**

| | | | | |
|---|---|---|---|---|
| WVS | 2 | 13-04773 | Holly v. Howmedica Osteonics Corporation | 13cv1637 |